NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1363

THYSSENKRUPP ACCIAI SPECIALI TERNI S.P.A.
and THYSSENKRUPP AST USA, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,
Gary Locke, SECRETARY OF COMMERCE,
UNITED STATES DEPARTMENT OF COMMERCE,
Ron Kirk, AMBASSADOR and UNITED STATES TRADE REPRESENTATIVE,
and THE OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,

Defendants-Appellees,

and

AK STEEL CORP.,

Defendant,

and

ALLEGHENY LUDLUM CORPORATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 07-00390, Senior Judge Richard W. Goldberg.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The United States et al. (United States) move for a 42-day extension of time, until October 20, 2009, to file their brief. Thyssenkrupp Acciai Speciali Terni S.P.A. et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The briefs of the United States and Allegheny Ludlum Corporation are due no later than October 20, 2009.

FOR THE COURT

AUG 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Lewis E. Leibowitz, Esq.
     Mary T. Staley, Esq.
     Claudia Burke, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK